IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALMONDO BAKER,

       Plaintiff,                         JUDGMENT IN A CIVIL CASE

v.                                     11-cv-852-wmc

SGT. SCHMIDT and SGT. MACKEY,

       Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed *in forma pauperis* against the defendants and dismissing this case.

| /s/ | 5/14/2013 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |