IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALMONDO BAKER,

            Plaintiff,                            ORDER

    v.                                                11-cv-852-wmc

MICHAEL SCHMIDT, *et al.*,

            Defendants.

---

Plaintiff Almondo Baker filed a civil rights complaint pursuant to 42 U.S.C. § 1983, regarding the conditions of his confinement at the La Crosse County Jail. In particular, Baker alleged that staff at the jail violated his rights under the Fourteenth Amendment Due Process Clause by placing him in administrative segregation for two months for no reason. On May 14, 2013, the court denied Baker leave to proceed and dismissed that complaint with prejudice for failure to state a claim upon which relief may be granted.

Baker recently submitted a letter stating that he is filing a "Notice/Motion to VACATE Void Judgment" and "Amended Civil Rights Complaint." (Dkt. # 14.) The only document enclosed with that letter, however, is a four-page Amended Civil Rights Complaint. Baker's proposed amended complaint cannot be considered by the court because it appears to be missing pages, including a request for relief. It is also unsigned. More importantly, this case is closed and Baker has not offered any basis to set aside the final judgment.

Because the amended complaint is unsigned and incomplete, the clerk's office will be directed to strike it from the record. *See* Fed. R. Civ. P. 11 (requiring every pleading to be personally signed by a party "if that party is unrepresented by an attorney"). Because Baker has not offered any basis to reopen this closed case, the court will take no other action on his

1

submission.

## ORDER

IT IS ORDERED that plaintiff Almondo Baker's unsigned amended complaint (Dkt. # 15) is stricken from the record.

Entered this 29th day of September, 2014.

> BY THE COURT:
>
> /s/
> _____
> WILLIAM M. CONLEY
> District Judge