IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALMONDO BAKER,

                Plaintiff,

v.

SGT. SCHMIDT and SGT. MACKEY,

                Defendants.

ORDER

11-cv-852-wmc

---

State inmate Almondo Baker filed a civil rights complaint pursuant to 42 U.S.C. § 1983, concerning the conditions of his confinement at the La Crosse County Jail. After screening the complaint as required by the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915A, this court denied Baker leave to proceed in an order entered on May 14, 2013, and dismissed the complaint for failure to state a claim upon which relief may be granted. On January 20, 2015, Baker filed a motion for relief from the judgment under Fed. R. Civ. P. 60(b). In this motion, his second one, Baker repeats arguments that have been rejected previously in this case. For reasons set forth previously, *see* Order dated October 28, 2014, dkt. # 18, Baker's motion will be denied because it is untimely. Alternatively, Baker does not show that he is entitled to relief under Rule 60(b).

ORDER

IT IS ORDERED that plaintiff Almondo Baker's motion for relief from the judgment (Dkt. # 21) is DENIED.

Entered this 27th day of January, 2015.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge